UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE ANNUITY, EDUCATION & TRAINING,
S.U.B. INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS LOCAL
UNION NO. 456,

             Plaintiffs,

-against-             08 Civ. 5768 (KMK)

             **SUBSTITUTION OF ATTORNEY**

EARTHCON INDUSTRIES INC.,

             Defendants.
------------------------------------------------------------------x

  PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
July 28, 2008

             Barnes, Iaccarino, Virginia,
             Ambinder & Shepherd, PLLC

             By: _____
             Giacchino Russo, Esq.
             258 Saw Mill River Road
             Elmsford, NY 10523
             (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J